UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80092-Cannon/Reinhart

18 U.S.C. § 2422(b)
18 U.S.C. § 2251(a)
18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252(a)(2)
18 U.S.C. § 2252(a)(4)(B)
18 U.S.C. § 2253(a)
18 U.S.C. § 2428(a)

UNITED STATES OF AMERICA

vs.

WALTER ROQUE,
    a/k/a "wraque,"
    a/k/a "Wally,"
    a/k/a "Walli,"

Defendant.
_____/



FILED BY _SP_ D.C.

MAY 2 5 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
**Enticement of a Minor to Engage in Sexual Activity**
**(18 U.S.C. § 2422(b))**

From on or about June 19, 2011, through on or about October 6, 2014, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, that is, Minor Victim 1, to

engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 2
### Enticement of a Minor to Engage in Sexual Activity
### (18 U.S.C. § 2422(b))

From on or about April 28, 2013, through on or about May 25, 2015, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, that is, Minor Victim 2, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 3
### Enticement of a Minor to Engage in Sexual Activity
### (18 U.S.C. § 2422(b))

From on or about February 9, 2015, through on or about December 28, 2015, in Palm Beach and Broward Counties, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

using any facility and means of interstate and foreign commerce, did knowingly persuade, induce, and entice an individual who had not attained the age of eighteen years, that is, Minor Victim 3, to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## COUNT 4
## Production of Child Pornography
## (18 U.S.C. § 2251(a) and (e))

On or about March 11, 2015, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

did knowingly and intentionally use, persuade, induce, and entice a minor, that is, Minor Victim 3, to engage in sexually explicit conduct for the purpose of producing any visual depiction of such conduct and transmitting a live visual depiction of such conduct, which visual depiction was produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported and transmitted using any means and facility of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT 5
## Distribution of Child Pornography
## (18 U.S.C. § 2252A(a)(2) & (b)(1)

On or about December 19, 2013, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

did knowingly distribute child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as defined

3

in Title 18, United States Code, Section 2256(8), in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNTS 6-10
### Receipt of Child Pornography
### (18 U.S.C. § 2252(a)(2))

On or about the dates set forth below as to each count, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

did knowingly receive any visual depiction, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce, by any means, included by computer, and the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, as set forth below:

| Count | Approx. Date of Images Received | Description of Images Received |
|---|---|---|
| 6 | June 23, 2013 | Approximately 15 images Minor Victim 1 |
| 7 | August 7, 2014 | Approximately four images Minor Victim 1 |
| 8 | November 2, 2014 | Approximately one image Minor Victim 2 |
| 9 | March 11, 2015 | Approximately two images Minor Victim 3 |
| 10 | May 11, 2015 | Approximately two images Minor Victim 3 |

In violation of Title 18, United States Code, Sections 2252(a)(2) and 2252(b)(1).

4

## COUNT 11
### Possession of Child Pornography
### (18 U.S.C. § 2252(a)(4)(B))

On or about November 18, 2018, in Palm Beach County, in the Southern District of Florida, the defendant,

**WALTER ROQUE,**
a/k/a "wraque,"
a/k/a "Wally,"
a/k/a "Walli,"

did knowingly possess matter, that is, one (1) Apple I-phone 8 Plus, which contained any visual depiction that had been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce, and which was produced using materials which had been so shipped and transported, by any means, including by computer, and the production of such visual depiction having involved the use of a minor engaged in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and such visual depiction was of such conduct, in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and (b)(2).

Pursuant to Title 18, United States Code, Section 2252(b)(2), it is further alleged that such visual depictions involved a prepubescent minor and a minor who had not attained twelve years of age.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **WALTER ROQUE,** a/k/a "wraque," a/k/a "Wally," a/k/a "Walli," has an interest.

2.      Upon conviction of a violation of Title 18, United States Code, Section 2251, as alleged in this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a):

(a)     any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, or 2252, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b)     any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offense; and

(c)     any property, real or personal, used or intended to be used to commit or to promote the commission of the offense or any property traceable to such property.

3.      Upon conviction of a violation of Title 18, United States Code, Section 2422, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 2428(a)(1)-(2).

All pursuant to Title 18, United States Code, Section 2253(a), 2428(a)(1)-(2), and the

procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 2253(b) and 2428.

A TRUE BILL.

_____
FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature]*
MARK DISPOTO
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-cr-80092-Cannon/Reinhart

v.

WALTER ROQUE, a/k/a "wraque," "Wally," a/k/a "Walli,"

_____/

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) _____
Number of New Defendants _____
Total number of counts _____

**Court Division** (select one)
☐ Miami   ☐ Key West   ☐ FTP
☐ FTL     ☒ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No) No
   List language and/or dialect: _____

4. This case will take  4-5  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)           (Check only one)
   I   ☒ 0 to 5 days          ☐ Petty
   II  ☐ 6 to 10 days         ☐ Minor
   III ☐ 11 to 20 days        ☐ Misdemeanor
   IV  ☐ 21 to 60 days        ☒ Felony
   V   ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
7. Has a complaint been filed in this matter? (Yes or No) No
   If yes, Magistrate Case No. _____
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of _____
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No

By: *Mark Dispoto*
Mark Dispoto
Assistant United States Attorney
Court ID No.   A5501143

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**PENALTY SHEET**

**Defendant's Name:**   WALTER ROQUE, a/k/a "wraque," a/k/a "Wally," a/k/a "Walli"

**Case No:**   23-cr-80092-Cannon/Reinhart

**COUNTS 1-3**

Enticement of a Minor to Engage in Sexual Activity

Title 18, United States Code, Section 2422(b)

*Max. Term of Imprisonment:   Life
* Mandatory Min. Term of Imprisonment (if applicable): 10 years
* Max. Supervised Release: 5 Years to Life
* Max. Fine: $250,000
* $5000 Special Assessment, $100 Assessment,
* Restitution

**COUNT 4**

Production of Child Pornography

Title 18, United States Code, Section 2251(a) and (e)

*Max. Term of Imprisonment:   30 Years
* Mandatory Min. Term of Imprisonment (if applicable): 15 years
* Max. Supervised Release: 5 Years to Life
* Max. Fine: $250,000
* $5000 Special Assessment, $100 Assessment,
* Restitution

**COUNT 5**

Distribution of Child Pornography

Title 18, United States Code, Section 2252A(a)(2) and (b)(1)

*Max. Term of Imprisonment:   20 Years,
* Mandatory Min. Term of Imprisonment (if applicable): 5 years
* Max. Supervised Release: 5 Years to Life
* Max. Fine: $250,000
* $5000 Special Assessment, $100 Assessment,
* Restitution

**COUNTS 6-10**

Receipt of Child Pornography

Title 18, United States Code, Section 2252(a)(2) and (b)(1)

*Max. Term of Imprisonment:   20 Years,
* Mandatory Min. Term of Imprisonment (if applicable): 5 years
* Max. Supervised Release: 5 Years to Life
* Max. Fine: $250,000
* $5000 Special Assessment, $100 Assessment,
* Restitution

**COUNT 11**

Possession of Child Pornography

Title 18, United States Code, Section 2252(a)(4)(B) and (b)(2)

*Max. Term of Imprisonment:   20 Years,
* Mandatory Min. Term of Imprisonment (if applicable): N/A
* Max. Supervised Release: 5 Years to Life
* Max. Fine: $250,000
* $5000 Special Assessment, $100 Assessment,
* Restitution

*Refers only to possible term of incarceration, fines, special assessments, and restitution. It does not include possible parole terms or forfeitures that may be applicable.