## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-80092-CR-DMM

**UNITED STATES OF AMERICA**

**v.**

**WALTER ROQUE,**
     **a/k/a "wraque,"**
     **a/k/a "Wally,"**
     **a/k/a ROQUE,**

     **Defendant.**

_____/

## **FACTUAL PROFFER**

Defendant Walter Roque (hereinafter referred to as "ROQUE"), his counsel, and the United States agree that, had this case proceeded to trial, the United States would have proven the following facts, which occurred in Palm Beach County, in the Southern District of Florida, and elsewhere, beyond a reasonable doubt, and that the following facts are true and accurate and are sufficient to support a plea of guilty:

#### Background

1.     On November 18, 2018, the Boca Raton Police Department responded to ROQUE's residence in Boca Raton in reference to a disturbance. Upon arrival, an officer spoke to ROQUE who reported that he had a dispute with his roommate. The officer also spoke to the roommate who alleged that ROQUE had child pornography on his iPhone. The roommate reported that ROQUE uses a Facebook account to contact minors. ROQUE consented to the search of his phone which revealed several pictures of a naked teenage boy. ROQUE then

1

consented to be transported back to the Boca Raton Police Department to be interviewed.

2.      During the ensuing interview, ROQUE admitted that he downloaded onto his cell phone pornography of males and females on free websites. He acknowledged that some of the downloaded images appear to depict children ages 16 or 17. He also claimed that he knew some of the individuals whose images were on his iPhone. He stated that he met some of them when he traveled to the Dominican Republic but stated that they were over eighteen years of age. He denied having any physical sexual relations with any of the individuals whose photographs were stored on his iPhone. A subsequent extraction of ROQUE'S phone revealed that his Apple ID account associated with the iPhone was wallie1995@hotmail.com. It also revealed the presence of 41,966 images with 516 videos, including several images of unidentified age difficult males that appeared to be between the ages of twelve and eighteen. Many of the young males were either partially clothed, fully nude, or displaying sexual conduct.

3.      On November 8, 2018, the National Center for Missing and Exploited Children (NCMEC) received a cyberline tip that Facebook user account "wraque" with user ID 100001564929926 was transmitting child pornography. The tip listed the user of "wraque" as "Walter Raque" with a mobile phone number XXX-XXX-0511 and an email address of wallie1995@hotmail.com. Phone number XXX-XXX-0511 is the call number assigned to a second phone used by ROQUE. The tip identified "wraque's" IP address as 146.168.67.37. A public database check revealed that IP address 146.168.67.37 is retained by Atlantic Broadband, Inc. Records from Atlantic Broadband Inc. indicated that IP address 146.168.67.37 was subscribed to ROQUE at his address in Boca Raton.

4.    According to the cybertip, the user of the Facebook account "wraque" sent a video depicting child pornography to another Facebook user.  The cyber tip also indicated that "wraque" sent the video from IP address 190.80.164.52 which geolocates to Santo Domingo, Dominican Republic.

5.    On December 20, 2019, a federal Magistrate Judge in the Southern District of Florida authorized a search of the ROQUE's Facebook account.  In response to the subpoena, Facebook produced 2.5 gigabytes of data dated December 2003 through December 2019.  However, the computer program that FBI forensic agents used to extract and analyze the data could only access information from years 2010 and 2015.  The data that was analyzed for those years shows hundreds of pictures of age difficult males that appear to be between the ages of 12 and 18.  Many of those images depict the boys displaying their naked genitalia.  In other images, ROQUE is displayed in the company of young boys.  In one photo, ROQUE is kissing a suspected teenage boy.  Two other images depict naked prepubescent females with their legs open exposing their genitals.

6.    During that same time frame, the records indicate that ROQUE participated in approximately 2416 chats, 1505 of which were deleted.  Many of those chats contained conversations about ROQUE wanting either to meet the boys in person or him requesting that they send him photos of their genitalia.  According to the subscriber information, ROQUE was the registered user of the "wraque" account with an email address of wallie1995@hotmail.com.

### Facebook Records

7.    Minor Victim 1 - Facebook records from June 19, 2011, to March 31, 2015, contain numerous chat communications between ROQUE and Minor Victim 1, born in October

3

1996 (hereinafter "MV1"). During many of those communications, ROQUE enticed MV1 with things of value in exchange for MV1 either engaging in sexually explicit activity with him or sending him sexually explicit images of himself. Below are examples of some of those chats.

   a.   On October 8, 2012, ROQUE told MV1, "I asked you if you wanted to be more than friends and you told me never." MV1 asked, "If you help me with clothes I will be more than a friend but what do I have to do." ROQUE told MV1 that "you don't have to do anything." MV1 then agreed to be his boyfriend. Shortly thereafter, MV1 asked again if he needed to do anything as a boyfriend. ROQUE responded, "when you have a camera I would like to see you masturbating." MV1 replied, "I want clothes, I am the only one giving what do I get back." ROQUE responded, "would you let me suck it when I meet you, and if you want to suck me that's fine, but don't tell anyone please." MV1 then told ROQUE to send him the money for clothes and the camera. ROQUE told MV1 to give him the name of someone who has an identification. MV1 responded that "the wire is for sooner than later if you want to see me jerking off, send him 2000 (pesos), 1000 for camera and 1000 for clothes." ROQUE responded, "ok, call me love don't call me guy and if you are heavy I will put you in front of me, I will buy the cell and the tennis shoes for Christmas." Later that day, ROQUE told MV1 he is going to "Vimenca" (a company in the Dominican Republic used to transfer money) to wire transfer 2,300 Dominican pesos. Thereafter, ROQUE told MV1 that he sent the money and instructed him to "pick it up right now" and buy a used camera. ROQUE also provided MV1 with the wire transfer number and the name of the recipient. ROQUE said, "the sender is Walter Roque from the United States, Fort Lauderdale."

   b.   On October 10, 2012, ROQUE told MV1 that if he "behave(s)" then ROQUE

4

will buy him a phone for Christmas.

  c. On November 22, 2012, MV1 informed ROQUE that he "needs 700 to fix his laptop." ROQUE responded, "I want to suck your [expletive] love." MV1 replied, "ok please help me send me the money on Friday." ROQUE then clarified by asking if "you going to let me get your milk." MV1 responded, "of course this [expletive] is yours."

  d. On January 17, 2013, ROQUE told MV1 that "the blackberry 10 came out." MV1 asked if he was thinking of buying it for him. ROQUE stated, "of course I have to buy it, when you send me a picture of your balls so I can have it and remember you all the time." MV1 replied, "I don't have a camera, when you come in February you take it." ROQUE explained that he wanted a picture of MV1 so that "I can have it with me and jerk off looking at you."

  e. On December 19, 2013, ROQUE sent MV1 a photo of a white, blonde, prepubescent female approximately five years of age wearing no clothing, laying on her back on blue and grey carpet with her legs spread apart up in the air exposing her vagina. The picture accompanied the message "that is the Espanola masturbating with you." ROQUE then sent another photo of a black, short brown hair pre-pubescent female approximately seven years of age, unclothed, laying on her side on green carpet with her legs apart exposing her vagina. In reference to the second picture, ROQUE said, "She would tell you hay come penetrate me." MV1 responded, "haha."

  8. Minor Victim 2 - Facebook records from April 28, 2013, through December 28, 2015, contain numerous chat communications between ROQUE and Minor Victim 2, born in May 1997 (hereinafter "MV2"). During many of those communications, ROQUE enticed MV2 with things of value in exchange for MV2 sending him sexually explicit images of himself.

Below are examples of some of the chats.

      a.     On June 9, 2013, MV2 asked ROQUE, "when do you come." ROQUE responded, "this coming week, I want to meet my love." On June 23, 2013, MV2 asked, "how are you, are you here. ROQUE replied, "yes in my Country. HSI records confirm that ROQUE traveled that day to the Ft. Lauderdale Hollywood International Airport from Santo Domingo, D.R.

      b.     On February 2, 2014, MV2 told ROQUE, "I asked you for 5 hats and you only gave me one." On February 3, 2014, ROQUE asked MV2, "If I buy you a phone, would you send me naked pictures." MV2 replied, "send me money and I will send you the photo."

      c.     On February 13, 2014, MV2 and ROQUE talked about ROQUE sending money. ROQUE agreed to send money. After they discussed in detail various sex acts that ROQUE wanted to perform with MV2, the child sent him the name of the person to whom the money is to be sent. ROQUE also told MV2 that ROQUE needed to eliminate Facebook. He explained that "just yesterday, I had young 20 kids asking for money from Girasoles." Girasoles is the area in the D.R. where MV2 lives.

      d.     On November 2, 2014, ROQUE sent MV2 pictures of US Dollars, cellular phones, sneakers, baseball caps and a picture of ROQUE and MV2 lying next to each other partially naked in bed. MV2 also sent the same naked photo of himself as previously sent that was taken by ROQUE during his past visit to the Dominican Republic. MV2 told ROQUE, "delete that." ROQUE replied, "look at my black boy naked." MV2 responded, "a picture of me so I don't get passed around like a dollar. ROQUE then stated, "that is for me." MV2 told ROQUE, "because then I am the lover of a man, we have to be discreet please." ROQUE asked,

"are you embarrassed to be my boyfriend."

9.      Minor Victim 3 - Facebook records from February 9, 2015, through December 28, 2015, contain numerous chat communications between ROQUE and Minor Victim 3, born in November 1998 (hereinafter "MV3"). During many of those communications, ROQUE enticed MV3 with things of value in exchange for MV3 sending him sexually explicit images of himself. Below are examples of some of the chats:

a.      On March 11, 2015, ROQUE told MV3 to ask his cousin if he wants to hang out "so I can buy him a phone." ROQUE told MV3 that he doesn't send pictures anymore. MV3 replied, "just bring me a cell phone that's cool and for him too." MV3 then sent ROQUE through Facebook messenger two pictures of his genitals and said, "that is right now." MV3 then expressed dissatisfaction with receiving only $30 instead of $35. ROQUE replied, "don't worry I will send you more this is not the last time."

b.      On April 1, 2015, ROQUE told MV3, "I arrive the first week in June send me a list of what you need, we are going to rent an apartment." MV3 responded, "I don't have anything." ROQUE then sent a voice note through Facebook and said, "When I go there I am going to go by myself, Carlos is not going to be there, I will bring you the clothes the cell phone and the shoes, tell me where you live now that you live alone. If you are cool with me I will support you and will send you money weekly. We will open up a bank account I will deposit the money directly and you can get it with a debit card. Send me photos to see how you are and tomorrow I will send you something for holy week." MV3 responded, "you send it and I will pick it up tomorrow." ROQUE replied, "like always."  MV3 then sent ROQUE through Facebook two pictures of his penis.

7

c.      On April 9, 2015, MV3 said, "give me $50, I need it right now. Send it to ... Send me the code." The following day, ROQUE said "when I leave work." MV3 asked, "is it $75, love... They are selling me a pair of sneakers for 3000 pesos. I want to buy them, my love." ROQUE responded by sending him pictures of a pair of sneakers. On April 11, 2015, ROQUE said, "Tomorrow before I head into work I send it." According to Western Union records, ROQUE sent $30 on April 12, 2015.

d.      On May 11, 2015, ROQUE told MV3, "you don't send me photos anymore, I don't remember your [expletive]." MV3 then sent through Facebook two pictures of his penis to ROQUE.

10.      On January 22, 2021, NCMEC received another cyberline tip that Facebook user account "wraque" was transmitting child pornography. The report listed ROQUE as the user of "wraque" with a mobile phone number and an email address of wallie1995@hotmail.com. The cybertip identified the recipient of child pornography by name with a date of birth indicating age 17. The cybertip listed the recipient's telephone number and IP address. Public database checks reveal that area code for the number is located in the Dominican Republic and IP address had an estimated location of Santo Domingo, Dominican Republic.

Victim Interviews

*Minor Victim 1*

11.      On May 3, 2023, agents also interviewed MV1 in Puerta Plata, D.R. MV1 was shown a photograph of ROQUE who he identified as ROQUE an individual he met in 2008 through Hotmail Instant Messenger. MV1 stated that ROQUE sent him money via Western Union through different people including his father, brother, and friend. During their ensuing

8

online communications, ROQUE asked him to engage in variety of sexually explicit actions, including exposing his penis and masturbating. To induce MV1's compliance, ROQUE threatened to no longer send him money if MV1 did not comply with his requests. MV1 stated that he complied and transmitted numerous photos and video chats of himself masturbating and ejaculating. In exchange for sending those images, ROQUE sent him money on numerous occasions. MV1 stated that the last time he communicated with ROQUE was in 2019. At that time, ROQUE sent him a picture of MV1's penis when he was a child. MV1 became uncomfortable knowing that ROQUE kept the pictures for so many years. MV1 denied ever having met ROQUE in person.

12.     MV1 was then shown two still images obtained from ROQUE's Facebook account depicting an age difficult young male with his genitals exposed on or about June 23, 2013. The images do not display the boy's face. When shown the images, MV1 identified himself in the photos and explained that the images where taken in a place where he used to live in Los Cocos, D.R. He stated that he took these images at ROQUE's request and sent it to him via Facebook messenger. MV1 explained that this was one example of when he sent ROQUE naked pictures of himself in exchange for money.

*Minor Victim 2*

13.     On May 4, 2023, agents interviewed MV2 at the U.S. Embassy in Santo Domingo, D.R. During the interview, MV2 identified a photograph of ROQUE. He explained that he first met ROQUE at the age of 15 through a friend that invited him to a house of a Dominican adult male. Other young boys were present in the house and were provided alcohol. ROQUE was present too. He brought with him a variety of gifts, to include hats, money,

sneakers, clothing and cellphones. These items were placed on a table and used as items to be exchanged for sex. MV2 explained that ROQUE picked MV2 from the group. ROQUE provided him with money and a cell phone and escorted him into a private room where ROQUE performed oral sex on MV2. MV2 estimated that he engaged in sexual activities with ROQUE approximately 4-6 times during every one of ROQUE'S visits. He estimated, in total, ROQUE provided him with 2 watches, a Samsung telephone, hats, sneakers and money. He explained that ROQUE would send the money through Vimenca and that MV2 would ask other people to receive it because he was a minor.

14.    MV2 stated that he continued communicating with ROQUE through Facebook messenger. MV2 was shown three still images obtained from ROQUE's Facebook account. The images depicted a young male exposing his penis sent between November 2, 2014, and October 19, 2015. MV2 identified himself in the photos and confirmed the images were taken at his residence in the D.R. MV2 was shown an additional 3 still images obtained from ROQUE's Facebook account. Two of the images depicted a naked young male. MV2 identified himself in these photos and stated that the photos were taken by ROQUE during one of the many encounters at the house. The 3rd photo depicts a young male laying next an adult male. The adult male's face is off camera. MV2 stated that the adult male in the photograph was in fact ROQUE, and ROQUE took the picture with his cellular phone.

### Minor Victim 3

15.    On May 2, 2023, FBI agents interviewed MV3 in Santiago, Dominican Republic. During the interview, MV3 identified a photograph of ROQUE. He explained that he first met ROQUE on the streets in the D.R. when he was approximately 15-16 years of age. He reported

that ROQUE promised to provide him with a variety of gifts including hats and sneakers in exchange for sexual favors. MV3 recalled that on one occasion, ROQUE took him to a house in an impoverished neighborhood in the D.R. for three days. While there, ROQUE performed oral sex on MV3 on multiple occasions.  On another occasion, MV3 met with ROQUE at another residence in Santo Domingo.  During a two day stay, ROQUE performed oral sex on MV3. MV3 also performed anal intercourse on ROQUE at ROQUE'S request. In exchange for each of these sexual services, ROQUE gave ~~him~~ MV3 a variety of gifts including money, hats, perfume, sneakers and shirts.

16.    Law enforcement then showed MV3 three still images obtained from ROQUE's Facebook account. The images depicted a young male exposing his penis on or about March 11, 2015. MV3 identified himself in the photos and confirmed they were taken at his residence in Los Cerritos, D.R. He explained that he took these photos at ROQUE'S request and sent it to ROQUE via Facebook messenger in exchange for the promised gifts.

17.    ROQUE acknowledges that the information provided to law enforcement by MV1, MV2, and MV3 regarding his sexual conduct with them and his enticement of them are true and accurate.

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 11/28/23          By: _____
                             MARK DISPOTO
                             ASSISTANT UNITED STATES ATTORNEY

Date: 11/20/23          By: _____
                             SCOTT BERRY, ESQUIRE
                             ATTORNEY FOR DEFENDANT

Date: 11/06/23          By: _____
                             WALTER ROQUE
                             DEFENDANT